IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 12-cv-03350-CMA-BNB | Date: August 31, 2012 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| COLORADO CHRISTIAN UNIVERSITY<br>**Plaintiff(s)**<br><br>v.<br><br>KATHLEEN SEBELIUS<br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>HILDA SOLIS<br>UNITED STATES DEPARTMENT OF LABOR<br>TIMOTHY GEITHNER<br>UNITED STATES DEPARTMENT OF THE TREASURY<br>**Defendant(s)** | *Eric S. Baxter via telephone*<br><br><br><br>*Michelle R. Bennett via telephone* |

## COURTROOM MINUTES

**TELEPHONE MOTIONS HEARING**

Court in Session: 1:32 p.m.

Appearance of counsel.

Argument presented on [44] Defendants' Renewed Motion to Stay Discovery.

**ORDERED:** As stated on the record, [44] Defendants' Renewed Motion to Stay Discovery is DENIED.

The Court addresses [49] Unopposed Motion for Extension of Deadlines.

**ORDERED:** [49] Defendants' Unopposed Motion for Extension of Deadlines is GRANTED. Responses to first set of discovery requests are due October 1, 2012. Discovery deadline is January 2, 2013. Dispositive motion deadline is February 1, 2013.

Court in Recess: 1:59 p.m.     Hearing concluded.     Total time in Court: 00:27