IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-03350-CMA-BNB

COLORADO CHRISTIAN UNIVERSITY,

Plaintiff,

v.

KATHLEEN SEBELIUS, Secretary of the United States Department of Health and Human Services,
UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,
HILDA SOLIS, Secretary of the United States Department of Labor,
UNITED STATES DEPARTMENT OF LABOR,
TIMOTHY GEITHNER, Secretary of the United States Department of the Treasury, and
UNITED STATES DEPARTMENT OF THE TREASURY,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following:

(1)     **Defendants' Renewed Motion to Stay Discovery** [Doc. # 44, filed 8/6/2012]

(the "Motion to Stay"); and

(2)     Defendants' **Unopposed Motion for Extension of Deadlines** [Doc. # 49, filed

8/14/2012] (the "Motion for Extension").

I held a hearing on the motions this afternoon and made rulings on the record, which are

incorporated here.

IT IS ORDERED:

(1)     The Motion to Stay [Doc. # 44] is DENIED; and

(2)     The Motion for Extension [Doc. # 49] is GRANTED, and the following deadlines

are established:

• The defendants' responses to outstanding discovery are due on or before **October 1, 2012**;

• The discovery cut-off is extended to **January 2, 2013**; and

• The dispositive motion deadline is extended to **February 1, 2013**.

Dated August 31, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge