IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 12-cv-03350-CMA-BNB | Date: November 30, 2012 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| COLORADO CHRISTIAN UNIVERSITY<br>**Plaintiff(s)** | *Eric S. Baxter* |
| v. | |
| KATHLEEN SEBELIUS<br>UNITED STATES DEPARTMENT OF HEALTH<br>AND HUMAN SERVICES<br>HILDA SOLIS<br>UNITED STATES DEPARTMENT OF LABOR<br>TIMOTHY GEITHNER<br>UNITED STATES DEPARTMENT OF THE<br>TREASURY<br>**Defendant(s)** | *Michelle R. Bennett* |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session: 8:31 a.m.

Appearance of counsel.

Argument presented on [63] Motion to Compel Discovery Responses.

**ORDERED:**   Motion is TAKEN UNDER ADVISEMENT. Written order to issue.

Court in Recess: 9:11 a.m.     Hearing concluded.     Total time in Court: 00:40

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119