**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-03350-CMA-BNB

COLORADO CHRISTIAN UNIVERSITY

    Plaintiff,

v.

KATHLEEN SEBELIUS, Secretary of the United States Department of Health and Human Services,
UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,
HILDA SOLIS, Secretary of the United States Department of Labor,
UNITED STATES DEPARTMENT OF LABOR,
TIMOTHY GEITHNER, Secretary of the United States Department of the Treasury, and
UNITED STATES DEPARTMENT OF THE TREASURY,

    Defendants.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Granting Defendants' Motion to Dismiss for Lack of Jursisdiction of Judge Christine M. Arguello entered on January 7, 2013 it is

    ORDERED that Defendants' Rule 12(b)(1) Motion to Dismiss (Doc. # 31) is GRANTED. It is

    FURTHER ORDERED that this case is DISMISSED WITHOUT PREJUDICE, in its entirety, for lack of jurisdiction.

    DATED at Denver, Colorado this 8th day of January, 2013.

                              FOR THE COURT:

                              JEFFREY P. COLWELL CLERK

                              By: s/ Sandra Hartmann
                                  Sandra Hartmann
                                  Deputy Clerk